# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GREGORY L. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST, MIKE LAM, ANTHONY DOUGLAS, AND JAYLON DEMPS. | Civil Action No.<br>1:22-cv-03062-VMC-CMS |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff hereby gives notice that this action and all claims asserted therein be dismissed without prejudice.

Dated: December 12, 2022.

Respectfully submitted,

HARVEY LAW FIRM

By: */s/ Kiera L. Harvey*

Kiera L. Harvey, Esq.
Georgia Bar No. 458471
1201 West Peachtree Street
Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 795-5028
Facsimile: (404) 500-0545
E-mail: Kiera.Harvey@klharveylaw.com
*Attorney for the Plaintiff*